# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIRECTV, INC, | ) |
| Plaintiff, | ) |
| v. | ) 8:04CV28 |
| NICHOLAS IZZO, | ) REPORT AND RECOMMENDATION |
| Defendant. | ) |

Defendant was ordered to respond to plaintiff's Motion for Rule 37 Sanctions (#33) by March 24, 2005. No response has been filed. For the reasons stated in my March 4, 2005 Order (#35),

**IT IS RECOMMENDED** that plaintiff's Motion for Rule 37 Sanctions (#33) be granted, as follows:

1. Defendant's Answer should be stricken and default should be entered against the defendant, Nicholas Izzo, and

2. Plaintiff should be given leave to file a motion for default judgment against defendant, Nicholas Izzo, by a date to be determined by the assigned district court judge.

**DATED March 30, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**